Helen F Dalton & Associates, PC
Roman Avshalumov (RA5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SERAPIO DIEGO-SILVERIO, on his own behalf
and on the behalf of others similarly situated,

        Plaintiff,

-against-

EVERGREEN SHANGHAI RESTAURANT, INC.
and LIN CHENG JIAN, an individual,

        Defendants
_____X

**Index No.:** 09-CV-8574 (RMB)

STIPULATION AND ORDER OF
DISMISSAL

Electronically Filed

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

_____
Roman Avshalumov (RA5508)
Helen F Dalton & Associates, P C
69-12 Austin Street
Forest Hills, NY 11375
Tel : (718) 263-9591
Fax: (718) 263-9598
Attorneys for Plaintiff

Dated: _March 1_, 20_10_

_____  Dated: 3/3, 2010
Isaac Fromm
Barst Mukamal & Kleiner LLP
Two Park Avenue, 19th Floor
New York, New York 10016
Tel.: 212 686.3838
Fax: 212 481 9362
Attorney for Defendants


SO ORDERED

Dated 3/4, 2010

_Richard M. Berman_
United States District Judge